IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

R. BRYAN HINKLE AND MATILDA
GARCIA, *et al.*,

    Plaintiffs,

vs.                        No. 1:16-cv-01048 KG/SCY
consolidated with 1:16-cv-01051 KG/SCY
and 1:16-cv-01052 KG/SCY

UNITED STATES OF AMERICA,

    Defendant.

## FINAL ORDER GRANTING SUMMARY JUDGMENT AND OF DISMISSAL OF CLAIMS

Having granted Defendant's Motion for Summary Judgment (Doc. 33), filed October 26, 2017, by the Memorandum Opinion and Order entered contemporaneously with this Final Order Granting Summary Judgment and of Dismissal of Claims,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant United States as to Plaintiffs R. Bryan Hinkle and Matlida Garcia's Complaint (Doc. 1), filed in this case;

2. summary judgment is entered in favor of Defendant United States as to Plaintiff William D. Hinkle's Complaint filed in 1:16-cv-01051-KG-SCY (Doc. 1);

3. summary judgment is entered in favor of Defendant United States as to Plaintiffs Gene E. and Betty L. Hinkle's Complaint filed in 1:16-cv-01052-KG-SCY (Doc. 1);

4. Plaintiffs' claims for tax refunds in all three cases are dismissed with prejudice; and

5. all three cases are now terminated.

_____
UNITED STATES DISTRICT JUDGE